```
                                          FILED
                                 CLERK, U.S. DISTRICT COURT

                                      APR 2 4 2008

                                 CENTRAL DISTRICT OF CALIFORNIA
                                 BY                       DEPUTY
```

Priority ✓
Send
Enter
Closed
JS-5/JS-6 ✓
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANGEL CRUZATA, | ) | CASE NO. CV 06-02180 CAS (SS) |
|     Petitioner, | ) | **JUDGMENT** |
|     v. | ) | |
| VICTOR ALMAGER, Warden, | ) | |
|     Respondent. | ) | |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: 4/24/08

_Christina A. Snyder_
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE